IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23CR00035-001D

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SANDA G. FRIMPONG, | ) | MOTION TO UNSEAL |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIDELITY INVESTMENTS, | ) | |
| | ) | |
| Garnishee. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves to unseal the government's Application for Writ of Garnishment [D.E. 65] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [D.E. 74, 74-1]. In support of this motion, the United States shows unto the Court that the basis for sealing the documents is no longer necessary as service has been made on the Garnishee and the Defendant.

Respectfully submitted this 5th day of August, 2024.

                                              MICHAEL F. EASLEY, JR.
                                              United States Attorney

                                              */s/ Benjamin J. Higgins*
                                              BENJAMIN J. HIGGINS
                                              Assistant United States Attorney
                                              150 Fayetteville Street, Suite 2100
                                              Raleigh, North Carolina 27601
                                              Telephone: (919) 856-4312
                                              Email: benjamin.higgins2@usdoj.gov
                                              Massachusetts Bar # 690969
                                              *Attorney for the United States*

CERTIFICATE OF SERVICE

I do hereby certify that I have this 5th day of August, 2024, served a copy of the foregoing, upon the below-listed parties either electronically or by placing a copy in the U. S. Mail, addressed as follows:

    Sanda G. Frimpong #46683-510
    Butner Medium 1 FCI
    P.O. Box 1000
    Butner, NC 27509

                              MICHAEL F. EASLEY, JR.
                              United States Attorney

                              */s/ Benjamin J. Higgins*
                              BENJAMIN J. HIGGINS
                              Assistant United States Attorney
                              150 Fayetteville Street, Suite 2100
                              Raleigh, North Carolina 27601
                              Telephone: (919) 856-4043
                              Email: benjamin.higgins2@usdoj.gov
                              Massachusetts Bar # 690969
                              *Attorney for the United States*